PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUICHAO ZHAO,<br><br>            Plaintiff,<br><br>   v.<br><br>KRISTI NOEM,[1] in her official capacity as Secretary of the United States Department of Homeland Security, *et al*.,<br><br>            Defendants. | Case No. 5:24-cv-08696 SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

    The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 24, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

    1.    Plaintiff filed this mandamus action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for May 27, 2025. USCIS will work diligently towards completing

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
C 5:24-cv-08696 SVK                               1

adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would require additional time for adjudication.

2.  Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to ten days prior to the agreed upon scheduled interview. Plaintiff agrees that failure to timely submit this evidence may result in the rescheduling of the interview at no fault of USCIS.

3.  If needed by Plaintiff or their dependent(s), Plaintiff shall bring their own interpreter to their asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to their interview may result in the interview being rescheduled at no fault of USCIS.

4.  Upon receipt of USCIS' decision, Plaintiff agrees to voluntarily dismiss the case.

5.  The parties agree to bear their own litigation costs and attorney fees.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 24, 2025, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: February 14, 2025

Respectfully submitted,[2]

PATRICK D. ROBBINS
Acting United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Dated: February 14, 2025

/s/ *Junzhe Chi*
JUNZHE CHI
Juris Path Law Firm
Attorney for Plaintiff

[PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED. If the status of Plaintiff's interview changes, the Parties must immediately notify the Court.

Date: February 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge